IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES of AMERICA                                                           PLAINTIFF

V.                          NO. 5:08-CR-50007-JLH

ARMANDO REYES                                                                      DEFENDANT

## O R D E R

Before the court is the Unopposed Motion to Modify Bond Conditions (Doc. 108) filed August 15, 2008 to allow Armando Reyes to change his residence to 3137 Chowtaw, Springdale, Arkansas 72764.

The court being fully advised and the government having no objection the Motion is GRANTED.

IT IS SO ORDERED this 22nd of August 2008.

/s/ J. Marschewski
James R. Marschewski
United States Magistrate Judge